JOSEPH KATZ, on Behalf of Himself and All Other Stockholders of WILLIAM H. FLEET, INC., Similarly Situated, v. SHEPHARD C. FLEET, WILLIAM H. T. FLEET

and WILLIAM H. FLEET, INC., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.